JUSTICE COTTER
concurs and dissents.
¶53 I dissent from the Court’s decision as to Issue Two, and in that regard join in ¶¶ 37-48 of Justice Leaphart’s Concurrence and Dissent. As to Issue One, and the colloquy between Justice Leaphart and Justice Nelson concerning the viability of the Public Duty Doctrine, it is apparent that our jurisprudence with respect to resolving issues not explicitly raised by the parties is not entirely consistent. For purposes of this case, I agree with Justice Nelson that the question of the Public Duty Doctrine’s continuing viability is open to challenge in the proper case. I will reserve further judgment on this important constitutional issue until that case is before us and the issue is squarely presented and fully briefed. I therefore concur with the resolution of Issue One and dissent from our resolution of Issue Two.